Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL HENNING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. C 09-05740 EMC<br><br>JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE ; ORDER |

Defendant NCO Financial Systems, Inc., and Plaintiff Mikhail Henning, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

/ / /

/ / /

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Respectfully submitted,

Dated: December 30, 2009     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*Sondra R. Levine*
Sondra R. Levine
Attorney for Defendant NCO Financial Systems, Inc.

Dated: December 15, 2009     MIKHAIL HENNING

Plaintiff, in Pro Per

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge